IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**UNDRA POWELL**                                                  **PLAINTIFF**

**vs.**                         **CIVIL ACTION No.: 3:19-CV-918-HTW-RPM**

**ANDREW SAUL, COMMISSIONER
OF SOCIAL SECURITY**                                             **DEFENDANT**

## ORDER ADOPTING REPORT AND RECOMMENDATION

BEFORE THIS COURT is the Report and Recommendation of United States Magistrate Judge Robert P. Myers, Jr. **[Docket no. 15]**. In his Report and Recommendation, filed on February 2, 2021, Magistrate Judge Myers recommended that the administrative law judge's final decision be affirmed by this court and the social security appeal be denied. Magistrate Judge Myers directed the plaintiff to file any objections within fourteen (14) days. The plaintiff has not filed an objection as of the entry of this order.

Based upon the findings and recommendation contained in the Report and Recommendation **[Docket no. 15]**, this court finds it well-taken. Therefore, the Report and Recommendation of Magistrate Judge Myers is hereby **ADOPTED** as the order of this court.

Accordingly, this order hereby **DISMISSES** this lawsuit **WITH PREJUDICE** and orders that the parties are to bear their own costs.

**SO ORDERED AND ADJUDGED this the 26th day of February, 2021.**

                                **/s/HENRY T. WINGATE**
                                **UNITED STATES DISTRICT COURT JUDGE**